THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,       *

                                   *

     Plaintiff,                 *

                                   *

v.                                 *    CIVIL ACTION NO.: 09-00316-CG-B

                                 *

$7,381.00, more or less, in U.S. Currency *

                                 *

     Defendant.              *

## ORDER OF FORFEITURE

This matter is before the court on plaintiff's Motion for Entry of Order of Forfeiture (Doc.17).  For cause shown, the motion is granted.

On June 15, 2009, a verified complaint for forfeiture in rem was filed on behalf of the United States against the defendant, $7,381.00, more or less, in U.S. Currency, to enforce the provisions of Title 21, United States Code, Section 881(a)(6).

On June 4, 2009, the plaintiff sent a copy of the Complaint, Notice and Warrant for Arrest to the only known potential claimant, Antwand Norwood, #09558-003, Talladega FCI, PMB 1000, Talladega, AL, 35160.  On June 25, 2009, Antwand Norwood filed a claim followed by a motion to dismiss.  On July 14, 2009, plaintiff filed a motion to strike Norwood's claim which the court granted on August 4, 2009.  (Doc. 15).  In the same order, the court denied Norwood's motion to dismiss.

From June 6, 2009 to July 5, 2009, notice of this seizure and forfeiture action was published on the Internet at www.forfeiture.go, giving notice of the right of all third parties to file a claim with the court and a motion or answer within 20 days.  (Doc. 9).  Any putative

claimant who received notice from the internet had to file a claim by August 5, 2009.  No

such putative claimant has filed a claim.

All identifiable possible claimants have been sent notice.  All possible claimants have

had adequate notice and time in which to file a claim.

On June 9, 2009, the U.S. Marshals Service executed the Warrant for Arrest issued

by the Clerk thereby arresting the defendant, $7,381.00, more or less, in U.S. Currency.

With no issues remaining, final disposition of this action is appropriate at this time.

**NOW, THEREFORE**, the court having considered the matter and having been fully

advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

1.      This court has jurisdiction over the subject matter, and the complaint

states a claim upon which relief may be granted.

2.      In accordance with the verified complaint, the defendant, $7,381.00, more or

less, in U.S. Currency is **ORDERED** to be forfeited to the plaintiff, the United States of

America, pursuant to the provisions of Title 21, United States Code, Section 881(a)(6) for

disposition according to law.

3.      This Order resolving all matters and issues joined in this action, the Clerk of

Court is directed to close this file for administrative and statistical purposes.

**DONE and ORDERED** this 20th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE