# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **CIVIL ACTION NO.: 09-00316-CG-B** |
| | * | |
| **$7,381.00, more or less, in U.S. Currency** | * | |
| | * | |
| **Defendant.** | * | |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered of even date herein, the defendant, $7,381.00, more or less, in U.S. Currency, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 20th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE